**RECEIVED**
IN CLERK'S OFFICE
DEC 11 2009

U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JOE WHITE,

Plaintiff

v.                                                          Civil N. 1:09-0065
                                                            Judge Trauger
                                                            Magistrate Judge Knowles

CENTRAL BANK OF CHEROKEE,

Defendant

## ORDER

The parties have settled this case on the following basis:

The service mark at issue, Application No. 77/830,794, at the United States Patent and Trademark Office, "Central Bank of Cherokee" shall be assigned to the Plaintiff who is recognized as the legal representative and trustee of the descendants of Cherokee, lawfully and continuously residing as a distinct group on the land comprising the 1806 Congressional Reservation, created as a legal entity under the 1806 treaty and Act of Congress regarding the same. The Defendant 501 C4 non-profit entity that was incorporated to provide education regarding Cherokee culture, heritage, history, anthropology and art located in Lawrenceberg, Tennessee shall be granted a license to use the mark at issue for such purposes at its museum, only in the state of Tennessee, and only for such purposes in a form agreed between the parties subject to the grant of this Order.

It is so ORDERED.

_____
E. Clifton Knowles
U.S. Magistrate Judge